DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMMY LEE POINDEXTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1661

[December 14, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502007CF010255D.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***